United States District Court
Southern District of Texas
**ENTERED**
September 07, 2023
Nathan Ochsner, Clerk

THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Anthony Buck, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-22-486 |
| | § | |
| USA DeBusk LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On September 7, 2023, Plaintiff, Anthony Buck, and Defendant, USA DeBusk LLC, through counsel notified the Court that a settlement had been reached in this action between the parties. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within **thirty (30) days** of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 7th day of September, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE