United States District Court
Southern District of Texas
**ENTERED**
October 17, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY BUCK, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22-cv-486 |
| | § | |
| USA DEBUSK LLC, | § | |
| | § | |
| DEFENDANT. | § | |

## ORDER

Having considered Plaintiff Anthony Buck and Defendant USA Debusk LLC's Joint Motion for Dismissal with Prejudice, the Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Anthony Buck's claims against Defendant USA Debusk LLC as alleged in this lawsuit are **DISMISED WITH PREJUDICE**, with the costs and attorneys' fees taxed against the party incurring the same.

So ORDERED and SIGNED this __17th__ day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE